UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IAN HUNNICUTT, as Independent Administrator )
of the Estate of Chance Hunnicutt, )
                                                   )      Removed from the Circuit Court of
                Plaintiffs, )     Cook County, Illinois County
      v.                    )     Department, Law Division
                                                   )
EVANS DELIVERY COMPANY, INC. and )     Case No.
HELMI JUMA ALKHATIB, )
                                                   )
               Defendants. )

**NOTICE OF REMOVAL**

Defendants, EVANS DELIVERY COMPANY, INC. (EVANS), by its attorneys, THE HUNT LAW GROUP, LLC, and pursuant to 48 U.S.C. § 1441(a), hereby remove this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, EVANS states as follows:

1.       On February 9, 2026, Plaintiff, IAN HUNNICUTT, (HUNNICUTT) filed a civil lawsuit captioned IAN HUNNICUTT, as Independent Administrator, of the Estate of Chance Hunnicutt, v. EVANS DELIVERY COMPANY, INC. and HELMI JUMA ALKHATIB, in the Circuit Court of Cook County, Illinois. (*See* Complaint and Docket attached as **Exhibit 1)**.

2.       The Complaint alleges, inter alia, that decedent Chance Hunnicutt was operating a bicycle from north to south in the crosswalk across North Street in Manhattan, Il, on October 20, 2025. (Ex. 1, Complaint, ¶ 8–9). Plaintiff alleges that Defendant HELMI JUMA ALKHATIB (HELMI), acting as the agent and/or employee of Defendant EVANS, was driving a commercial

tractor-trailer across the intersection of IL-52 and North Street, failed to yield the right of way or reduce speed, resulting in a collision with decedent Chance Hunnicutt. (**Ex. 1**, Complaint, ¶ 7–13).

3.    Plaintiff further alleges that Chance Hunnicutt died as a result of the collision. (**Ex. 1**, Complaint, ¶ 13–18). Plaintiff seeks damages in an amount sufficient to compensate for wrongful death and survival counts. (**Ex. 1**, Complaint).

<strong>Complete Diversity Exists Amongst the Parties</strong>

4.    Diversity jurisdiction requires that Plaintiffs and properly joined and served Defendants be of diverse citizenship, that is, between citizens of different states and/or between citizens of a State and subjects of a foreign state. 28 U.S.C. 1332(a)(1)-(2) and 1441(a).

5.    Plaintiff IAN HUNNICUTT was appointed representative of the decedent's estate in Illinois. Upon diligent investigation, IAN HUNNICUTT was a relative to and domiciled with Chance Hunnicutt in Manhattan, Illinois, owns the property at the address as listed on the police report, and accordingly, IAN HUNNICUTT is a citizen of the State of Illinois. (**Ex. 1**, Complaint, sub-exhibit Order Appointing Representative; **Exhibit 3**, Police Report, **Exhibit 4**, Property History).

6.    Defendant EVANS is a citizen of the State of Pennsylvania with its principal place of business in Pennsylvania. (See Evans 7.1 Disclosure, attached as **Exhibit 2**).

7.    Captioned Defendant HELMI has not been served, and is a citizen of Illinois.

8.    On February 11, 2026, Defendant EVANS received a copy of the Complaint and accepted service.

9.    The Hunt Law Group, LLC, has been retained to defend EVANS DELIVERY COMPANY, INC., and HELMI JUMA ALKHATIB.

10. Defendant EVANS authorized the undersigned to proceed with this removal. Though not served, HELMI also so authorized.

11. Pursuant to the State Court docket, there is no evidence of any proof of service as to HELMI. Furthermore, HELMI has confirmed to his counsel he has not received service. EVANS has accepted service. Therefore, EVANS is the only "properly joined and served" defendant in accordance with 28 U.S.C. § 1441(b)(2). Accordingly, this Notice of Removal is timely and proper as complete diversity exists between plaintiff HUNNICUTT and Defendant EVANS, and as EVANS is not a forum resident of Illinois.

12. In accordance with 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days of its receipt of Plaintiff's Complaint.

13. The named defendant, EVANS DELIVERY COMPANY, INC., does not have any parent corporations. No company owns more than ten percent (10%) of EVANS DELIVERY COMPANY, INC. stock. (**Ex. 2**).

### Amount in Controversy

14. The District Court shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000. *See* 28 US.C. 1332(a).

15. Plaintiff makes wrongful death and a survival count for the death of Chance Hunnicutt. (**Ex. 1**, Complaint).

16. Based on the wrongful death and survival action, Defendant states its good-faith belief that the amount in controversy more likely than not exceeds $75,000, exclusive of interest and costs. See *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81 (2015); *Roppo v. Travelers Commercial Ins*. Co., 869 F.3d 568 (7th Cir. 2017).

3

17.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332, and this action may be removed to this Court by the Defendant pursuant to 28 U.S.C. 1446 (a), because this is a civil action between citizens of different states and/or countries, the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action was pending.

18.     Attached to this filing are copies of all the pleadings that were filed in the state court action. (see **Ex. 1** Complaint and Docket).

19.     Promptly after this Notice of Removal, the Defendant, EVANS DELIVERY COMPANY, INC., will file a true and accurate copy of this Notice of Removal with the clerk of the Circuit Court of Cook County, State of Illinois. Written notice of the filing will also be provided to Plaintiff, IAN HUNNICUTT's, counsel as required by 28 USC 1446 (d).

WHEREFORE, Defendant, EVANS DELIVERY COMPANY, INC., hereby give notice that this matter captioned *IAN HUNNICUTT, as Independent Administrator, of the Estate of Chance Hunnicutt, v. EVANS DELIVERY COMPANY, INC. and HELMI JUMA ALKHATIB,* in the State of Illinois, Circuit Court of Cook County Illinois, is being removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

*/s/ Thomas A. Doggett*

Thomas A. Doggett (6299658)
THE HUNT LAW GROUP, LLC
Attorney for Defendants
70 West Madison Street, Suite 3050
Chicago, Illinois 60602
(312) 384-2300
tdoggett@hunt-lawgroup.com