Case: 1:26-cv-01567 Document #: 12-3 Filed: 02/11/26 Page 1 of 22 PageID #:8

FILED
2/9/2026 12:12 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L001544
Calendar, H
36569764

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| IAN HUNNICUTT, as Independent Administrator of the Estate of Chance Hunnicutt, | ) ) ) |
| Plaintiff, | ) Case No. |
| v. | ) ) |
| EVANS DELIVERY COMPANY, INC., and HELMI JUMA ALKHATIB, | ) ) ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, IAN HUNNICUTT, as the Special Administrator of the Estate of Chance Hunnicutt, and for his Complaint at Law against the Defendants, EVANS DELIVERY COMPANY, INC. (hereinafter EDC) and HELMI JUMA ALKHATIB, (hereinafter ALKHATIB), states as follows:

## COMMON FACTS

1. On October 20, 2025, and thereafter, the Plaintiff, IAN HUNNICUTT, was the father of his son, Chance Hunnicutt, who was born on August 10, 2012.

2. On October 20, 2025, and at all times relevant herein, the Defendant, ALKHATIB, was a truck driver employed and engaged in his work on behalf of the Defendant, EDC.

3. The defendant ALKAHTIB, at all times relevant herein, was a resident of Cook County, Illinois.

4. The defendant EDC, at all times relevant herein, had its identifying placard visibly located on the vehicle being driven by the Defendant, ALKHATIB.

Exhibit 1

FILED DATE: 2/9/2026 12:12 PM   2026L001544

5.     That on October 20, 2025, at the time of this occurrence, ALKAHTIB was as an agent and/or employee of Defendant EDC acting in the course and scope of his employment in transporting goods by tractor/trailer.

6.     On October 20, 2025, Il-52 ran in a general northwest to southeast direction at its intersection with North Street, in the village of Manhattan, Illinois.

7.     On October 20, 2025, the Defendant, ALKAHTIB was driving his tractor trailer in a general southeast direction as he approached the intersection with North Street.

8.     On October 20, 2025, the Plaintiff's decedent, Chance Hunnicutt, was riding his bicycle in the crosswalk going from north to south at the aforementioned intersection across North Street to the east of Il-52.

9.     On October 20, 2025, the vehicle driven by the Defendant, ALKHATIB, at the aforementioned location, came into contact with Chance Hunnicutt while he was within the aforementioned crosswalk, knocking him from his bicycle and dragging him underneath the tractor trailer, crushing him and killing him.

10.     Plaintiff IAN HUNNICUTT is the duly appointed Independent Administrator of the Estate of Chance Hunnicutt.  (See attached Exhibit A)

### COUNT I-WRONGFUL DEATH

11.     Plaintiff reincorporates paragraphs 1-10 of the Common Facts as and for paragraphs 1-10 of Count I, as though fully set forth herein.

Exhibit 1

FILED DATE: 2/9/2026 12:12 PM  2026L001544

12.     At all times relevant herein, the Defendant, ALKHATIB, had a duty to drive his vehicle with reasonable care so as not to cause injury to others.

13.     Notwithstanding said duty, the Defendant, ALKHATIB, while engaged in furtherance of his work as an agent and/or employee of Defendant EDC, breached said duty in that he negligently and carelessly;

    a.  Failed to reduce his speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

    b.  Failed to yield the right of way at an intersection in violation of 625 ILCS 5/11-901.1;

    c.  Failed to yield the right of way at an intersection to a pedestrian lawfully in a crosswalk at said intersection in violation of 625 ILCS 5/11-903;

    d.  Failed to yield the right of way at an intersection which had a preferential right of way yield sign for pedestrians at the upcoming intersection in violation of 625 ILCS 5/11-904(a-d);

    e.  Failed to yield the right of way to a person in a crosswalk when traffic control signals are not in place in violation of 625 ILCS 5/11-1002(a) and (e);

    f.  Failed to exercise due care to avoid colliding with a person operating a bicycle in violation of 625 ILCS 5/11-1003.1;

    g.  Failed to sound the horn when necessary in violation of 625 ILCS 5/11-1003.1;

Exhibit 1

FILED DATE: 2/9/2026 12:12 PM   2026L001544

h.  Failed to exercise proper precaution upon observing a child in violation of 625 ILCS 5/11-1003.1;

i.  At an intersection with a preferential right-of-way sign to yield to persons in a crosswalk at the intersection, failed to come to a stop before entering the crosswalk when it was required for safety, in violation of 625 ILCS 5/11-1204;

j.  Otherwise negligently and carelessly operated said vehicle.

14.   As a direct and proximate result of one or more of the foregoing, the Plaintiff's decedent, Chance Hunnicutt, was struck, dragged and then killed from injuries due to the contact from ALKHATHIB's vehicle.

15.   That this count is brought pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/1 et al.

16.   That the heirs of Chance Hunnicutt are his father, Ian Hunnicutt, his mother, Taryn Hunnicutt, his brother, Dylan Dozier, and his minor brother, Ryder Hunnicutt.

17.   That pursuant to the Illinois Wrongful Death Act and order of court, Ian Hunnicutt is the Independent Administrator of the Estate of Chance Hunnicutt.

18.   That as a direct and proximate result of the foregoing, the heirs of Chance Hunnicutt, and each of them, were caused to suffer and will suffer in the future, grief, sorrow, mental suffering and the loss of his society.

WHEREFORE, the Plaintiff, IAN HUNNICUTT, as Independent Administrator of the Estate of Chance Hunnicutt, prays this Court for a judgment

Exhibit 1

against the Defendants, EDC and ALKHATIB in excess of $50,000, plus costs and interest, and for such other damages deemed fair and just.

## COUNT II-SURVIVAL

19. Plaintiff reincorporates paragraphs 1-13 of the Common Facts as and for paragraphs 1-13 of Count II.

20. At all times relevant herein, the Defendant, ALKHATIB, had a duty to drive his vehicle with reasonable care so as not to cause injury to others.

21. Notwithstanding said duty, the Defendant, ALKHATIB, while engaged in furtherance of his work as an agent and/or employee of Defendant EDC, breached said duty by in that he negligently and carelessly;

a. Failed to reduce his speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

b. Failed to yield the right of way at an intersection in violation of 625 ILCS 5/11-901.1;

c. Failed to yield the right of way at an intersection to a pedestrian lawfully in a crosswalk at said intersection in violation of 625 ILCS 5/11-903;

d. Failed to yield the right of way at an intersection which had a preferential right of way yield sign for pedestrians at the upcoming intersection in violation of 625 ILCS 5/11-904(a-d);

e. Failed to yield the right of way to a person in a crosswalk when traffic control signals are not in place in violation of 625 ILCS 5/11-1002(a) and (e);

Exhibit 1

FILED DATE: 2/9/2026 12:12 PM   2026L001544

f.  Failed to exercise due care to avoid colliding with a person operating a bicycle in violation of 625 ILCS 5/11-1003.1;

g.  Failed to sound the horn when necessary in violation of 625 ILCS 5/11-1003.1;

h.  Failed to exercise proper precaution upon observing a child in violation of 625 ILCS 5/11-1003.1;

i.  At an intersection with a preferential right-of-way sign to yield to persons in a crosswalk at the intersection, failed to come to a stop before entering the crosswalk when it was required for safety, in violation of 625 ILCS 5/11-1204;

j.  Otherwise negligently and carelessly operated said vehicle.

22.  As a direct and proximate result of one or more of the foregoing, the Plaintiff's decedent, was struck, dragged and then killed from injuries due to the contact, during he process of which he sustained pre-impact terror, as well as injuries causing conscious pain and suffering prior to his death.

23.  At all times relevant herein, there existed a law in Illinois known as the Illinois Survival Act, 755 ILCS 5/27-6, through which this Count is brought on behalf of Chance Hunnicutt's lawful heirs.

WHEREFORE, the Plaintiff, IAN HUNNICUTT, as Independent administrator of the Estate of Chance Hunnicutt, prays this Court for a judgment against the Defendants, EDC and ALKHATIB in excess of $50,000, plus costs and interest, and for such other damages deemed fair and just.

Exhibit 1

FILED DATE: 2/9/2026 12:12 PM   2026L001544

ROMANUCCI & BLANDIN, LLC

By: /s/Paul M. McMahon
Attorney for Plaintiff

Paul M. McMahon
pmcmahon@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street
Suite 900
Chicago, IL 60654
(312)253-8810

Exhibit 1

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2025PR000763
Filed Date: 2/6/2026 9:47 AM
Envelope: 36541102
Clerk: JM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS – IN PROBATE**

Estate of

CHANCE HUNNICUTT, Deceased

CASE NO: 2025 PR 763

## ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the verified petition of Ian Hunnicutt for issuance of letters of office.

IT IS ORDERED THAT:

1. Letters of office as independent administrator

   (administrator)    (independent administrator)    (administrator to collect)

   are issued to Ian Hunnicutt.

~~*2. The representative - file an inventory within 60 days.~~

2. Status on the cause of action is scheduled for February 5, 2027 at 9:00am

Dated: February 6, 2026

Enter: 36541102

_____ Judge

Attorney Name Sarah M. LeRose

ARDC # 6317110

Firm Name Leonard J. LeRose, Jr., Ltd.

Attorney for Representative

Address 33 N. Dearborn Street, Suite 1000

City & Zip Chicago, IL  60602

Telephone 312-753-6022

* Strike if inapplicable

Exhibit 1

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

**36D** (Revised 12/16)

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **IAN HUNNICUTT, as Independent** ) | |
| **Administrator of the Estate of Chance** ) | |
| **Hunnicutt,** ) | **Case No.** |
| **Plaintiff,** ) | |
| **v.** ) | |
| **EVANS DELIVERY COMPANY, INC., and** ) | |
| **HELMI JUMA ALKHATIB,** ) | |
| **Defendants.** ) | |

## JURY DEMAND

The undersigned hereby demands a trial by jury of twelve.

Respectfully submitted,

ROMANUCCI & BLANDIN, LLC

By: /s/Paul M. McMahon
Attorney for Plaintiff

Paul M. McMahon
pmcmahon@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street
Suite 900
Chicago, IL 60654
(312)253-8810

Exhibit 1

Law Division Motion Section: Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 4/9/2026 9:00 AM

FILED
2/9/2026 12:12 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L001544
Calendar, H
36569764

FILED DATE: 2/9/2026 12:12 PM   2026L001544

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IAN HUNNICUTT, as Independent )
Administrator of the Estate of Chance )
Hunnicutt, )
                         Plaintiff, )  Case No.
                                    )
v. )
EVANS DELIVERY COMPANY, INC., and )
HELMI JUMA ALKHATIB, )
                       Defendants. )

### AFFIDAVIT REGARDING DAMAGES SOUGHT

YOUR AFFIANT, Paul M. McMahon, attorney for Plaintiff, Ian Hunnicitt as

Independent Administrator of the Estate of Chance Hunnicutt, being first duly sworn,

deposes and states that:

1.     I am an attorney licensed to practice law in the State of Illinois, and I

am the attorney of record for Plaintiff in this action.

2.     That the total money damages sought in this civil action exceeds

$50,000.

FURTHER AFFIANT SAYETH NOT.

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set

forth herein are true and correct.

ROMANUCCI & BLANDIN, LLC

By: /s/Paul M. McMahon
Attorney for Plaintiff

Paul M. McMahon
pmcmahon@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street
Suite 900
Chicago, IL 60654
(312)253-8810

Exhibit 1

Law Division Motion Section. Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 4/9/2026 9:00 AM

# SUMMONS

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Ian Hunnicutt as Independent Administ

*Who started the case.*          *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** EVANS DELIVERY COMPANY, INC.,

*Who the case was filed against.*     and HELMI JUMA ALKHATIB,

*First, Middle, and Last Name or Business Name*

FILED
2/9/2026 12:12 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L001544
Calendar, H
36569764

_____
**Case Number**

FILED DATE: 2/9/2026 12:12 PM   2026L001544

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 W Washington St, Chicago, IL 60602

*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*          *Time*               *Courtroom Number*

Exhibit 1

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<div align="center">Courtroom Address          Courtroom Number</div>

☐ **Remotely** (video or telephone)

      **By video conference** at: _____
<div align="center">Video Conference Website</div>

    Log-in information: _____
<div align="center">Video Conference Log-in Information, Meeting ID, Password, etc.</div>

      **By telephone** at: _____
<div align="center">Call-in Number for Telephone Remote Appearance</div>

To find out more about remote court options:

Phone: _____    or    Website: _____
<div align="center">Circuit Clerk's Phone Number           Website URL</div>

_____     _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00 .

    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes    ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
<div align="center">Number</div>

b. First Defendant/Respondent's **primary address/information** for service:

Name: EVANS DELIVERY COMPANY, INC.
<div>    *First, Middle, and Last Name, or Business Name*</div>

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

DESMOND P. CURRAN
<div>    *First, Middle, and Last Name*</div>

Street Address: 1001 WARRENVILLE RD STE 500
<div>    *Street, Apt #*</div>

City, State, ZIP: Lisle, IL 60532
<div align="center">City         State      Zip</div>

Telephone: _____    Email: _____

<div align="right" style="color:blue">Exhibit 1</div>

FILED DATE: 2/9/2026 12:12 PM   2026L001544

Case Number: _____

c. **Second address** for this Defendant/Respondent:
- ☑ I do **not** have another address where the Defendant/Respondent might be found.
- ☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
Street, Apt #

City, State, ZIP: _____
City                                                                State                        Zip

Telephone: _____        Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
- ☐ Sheriff in Illinois  ☑ Special process server ☐ Licensed private detective
- ☐ Sheriff outside Illinois: _____
County & State

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name IAN HUNNICUTT, as Independent Administrator of the Estate of Chance Hunnicut
First, Middle and Last Name

Registered Agent's name, if any Romanucci & Blandin, LLC _____
First, Middle and Last Name

Street Address 321 N Clark St Suite 900 _____
Street, Apt #

City, State, ZIP: Chicago, IL 60654 _____
City                                                                State                        Zip

Telephone: (312)253-8593 _____        Email: _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

Clerk of the Court: 2/9/2026 12:12 PM Mariyana T. Spyropoulos
_____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

Exhibit 1



*Case Number:* _____

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Exhibit 1

*Case Number:* _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook_____

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:**    Ian Hunnicutt as Independent Administ

*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:**    EVANS DELIVERY COMPANY, INC.,____

*Who the case was filed against.*    and HELMI JUMA ALKHATIB,_____

_____

*First, Middle, and Last Name or Business Name*

_____

**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____ .

<span style="color:blue">Exhibit 1</span>

SU-S 1503.7    Page 5 of 6    (11/24)

*Case Number:* _____

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
         *County and State*                                                        *License number*

**FEES:**
   Service and Return: $_____  Miles: $_____  Total: $_____

Exhibit 1

Law Division Motion Section: Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 4/9/2026 9:00 AM

# SUMMONS

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Ian Hunnicutt as Independent Administ
*Who started the case.*     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** EVANS DELIVERY COMPANY, INC.,
*Who the case was filed against.*

and HELMI JUMA ALKHATIB,

*First, Middle, and Last Name or Business Name*

FILED
2/9/2026 12:12 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L001544
Calendar, H
36569764

_____
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case*,* you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 W Washington St, Chicago, IL 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*     *Time*     *Courtroom Number*

Exhibit 1

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
   *Courtroom Address*                    *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: _____
                              *Video Conference Website*

Log-in information: _____
   *Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: _____
                       *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____    or    Website: _____
   *Circuit Clerk's Phone Number*                      *Website URL*

_____     _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ __50,000.00_____ .

   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

   ☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____ .
      *Number*

b. First Defendant/Respondent's **primary address/information** for service:

   Name: HELMI JUMA ALKHATIB_____
      *First, Middle, and Last Name, or Business Name*

   Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

   _____
      *First, Middle, and Last Name*

   Street Address: 10617 Oxford Ave_____
      *Street, Apt #*

   City, State, ZIP: Chicago Ridge,IL 60415_____
      *City*                              *State*           *Zip*

   Telephone: _____    Email: _____

Exhibit 1

Case Number: _____

c. **Second address** for this Defendant/Respondent:
- [✔] I do **not** have another address where the Defendant/Respondent might be found.
- [ ] I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
<span style="padding-left:3em;">Street, Apt #</span>

City, State, ZIP: _____
<span>City</span> <span>State</span> <span>Zip</span>

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
- [ ] Sheriff in Illinois [✔] Special process server [ ] Licensed private detective
- [ ] Sheriff outside Illinois: _____
<span>County & State</span>

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name IAN HUNNICUTT, as Independent Administrator of the Estate of Chance Hunnicut
<span>First, Middle and Last Name</span>

Registered Agent's name, if any Romanucci & Blandin, LLC _____
<span>First, Middle and Last Name</span>

Street Address 321 N Clark St Suite 900 _____
<span>Street, Apt #</span>

City, State, ZIP: Chicago, IL 60654 _____
<span>City</span> <span>State</span> <span>Zip</span>

Telephone: (312)253-8593 _____ Email: _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

*Seal of Court*

Clerk of the Court: 2/9/2026 12:12 PM Mariyana T. Spyropoulos
_____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

Exhibit 1



*Case Number:* _____

# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default."  As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default."  As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Exhibit 1

*Case Number:* _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:**  Ian Hunnicutt as Independent Administ
*Who started the case.*  *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:**  EVANS DELIVERY COMPANY, INC.,
*Who the case was filed against.*

and HELMI JUMA ALKHATIB,

_____
*First, Middle, and Last Name or Business Name*

_____
**Case Number**

**STOP**  Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

Exhibit 1

SU-S 1503.7                           Page 5 of 6                           (11/24)

FILED DATE: 2/9/2026 12:12 PM   2026L001544

*Case Number:* _____

☐ On the **Business's agent:** _____

<p style="text-align:center;">*First, Middle, Last Name*</p>

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____

<p style="text-align:center;">*County and State*                                                      *License number*</p>

**FEES:**
Service and Return: $_____  Miles: $_____  Total: $_____    Exhibit 1