# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 3 Sheet

**IY003**

\* X003998795 \*

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV |
|------|------|------|------|------|-----|------|------|------|------|
| 9 | 1 | 1 | 1 | 2 | 99 | 1 | 1 | 1 | 3 |
| U1 | U2 | | | U1 U2 | U1 U2 | U1 U2 | U1 U2 | U1 | U1 U2 |

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | TYPE OF REPORT | | YR | AGENCY CRASH REPORT NO. | TRFW |
|---|---|---|---|---|---|---|
| **Manhattan Police Department** | ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500 | ☒ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED | ☐ A No Injury / Drive Away ☒ B Injury and / or Tow Due to Crash | 25 | 25-440 | 1 |

Address / location block:

- ADDRESS NO.: 
- HIGHWAY OR STREET NAME: **E NORTH ST**
- ☒ City   Township ☐ : **MANHATTAN**
- INTERSECTION RELATED ☒ Y ☐ N
- DATE OF CRASH: **10/20/2025**
- TIME: **05:34** ☐ AM ☒ PM
- SECONDARY CRASH ☐ YES ☒ NO
- VEHT 7 / U1

- ☐ ____ FT / MI   N S E W   **S STATE ST**
- ☒ AT INTERSECTION WITH   (NAME OF INTERSECTION OR ROAD FEATURE)
- COUNTY: **WILL**
- PRIVATE PROPERTY ☐ Y ☒ N
- DOORING WITH PEDALCYCLIST? ☐ Y ☒ N
- HIT & RUN ☐ Y ☒ N
- # OF MOTOR VEHICLES INVLD: **1**
- FLOW CONDITION ☐ SLOW ☐ STOPPED ☒ FREE FLOW
- U2 / # LNS 2 / U1

## UNIT 1

☒ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

NAME (LAST, FIRST, M): **ALKHATIB, HELMI JUMA**
- DATE OF BIRTH: **12 / 28 / 1971**
- MAKE: **FREIGHTLINER**  MODEL: **TK**  YEAR: **2016**
- TOWED DUE TO CRASH ☒ Y ☐ N
- FIRE ☐ Y ☒ N

STREET ADDRESS: **10617 OXFORD AVE**
- SEX: **M**  SAFT: **9**  AIR: **3**
- AUTOMATION SYSTEM ☐ Y ☐ NO ☒ UNK
- LEVEL IN VEH.
- LEVEL ENGAGED AT CRASH
- DISTRACTED ☐ Y ☒ N
- ALGN 1 / U1

CITY: **CHICAGO RIDGE**  STATE: **IL**  ZIP: **60415**
- INJ: **0**  EJCT: **1**  EPTH:
- PLATE NO.: **3821268**  STATE: **IN**  YEAR: **2025**
- POINT OF FIRST CONTACT: **12**
- COM VEH ☒ Y ☐ N

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE, 13 - UNDER CARRIAGE, 14 - TOTAL (ALL), 15 - OTHER, 99 - UNKNOWN. (Circled: 12)

PHONE NUMBER: **(708) 998-1878**
- DRIVER LICENSE NO.: **A42332071369**
- STATE: **IL**  CLASS: **A**  CDL ID: **7**
- VIN: **1FVXA7000GLGU4988**
- INSURANCE CO.: **UNITED SPECIALTY INSURANCE CO**
- EXPIRED ☐ Y ☒ N
- POLICY NO.: **12537**
- RSUR 1

EMS AGENCY: **MANHATTAN FIRE DEPARTMENT**
- PEDV PPA PPL
- VEHICLE OWNER (LAST, FIRST, M.I.): **EVANS DELIVERY CO INC**

HOSPITAL (TAKEN TO): **SILVER CROSS HOSPITAL**
- INCIDENT RESPONDER ☐ Y ☒ N
- OWNER STREET, CITY, STATE, ZIP: **1112 ROUTE 41 SUITE 103 SCHERERVILLE, IN 46375**
- VEHU 20

## UNIT 2

☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☒ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

NAME (LAST, FIRST, M): **HUNNICUTT, CHANCE**
- DATE OF BIRTH: **08 / 10 / 2012**
- MAKE:  MODEL:  YEAR:
- POINT OF FIRST CONTACT: (blank)

STREET ADDRESS: **24952 CASHEL BAY RD**
- SEX: **M**  SAFT:  AIR:
- AUTOMATION SYSTEM ☐ Y ☐ NO ☐ UNK
- SPDR 9 / U2

CITY: **MANHATTAN**  STATE: **IL**  ZIP: **60442**
- INJ: **K**  EJCT:  EPTH:
- PLATE NO.:  STATE:  YEAR:

PHONE NUMBER: **(815) 712-7455**
- DRIVER LICENSE NO.:
- STATE CLASS CDL ID: **0**
- VIN:  INSURANCE CO.:
- EXPIRED ☐ Y ☐ N
- RDEF 1

EMS AGENCY:
- PEDV **9**  PPA **49**  PPL **2**
- VEHICLE OWNER (LAST, FIRST, M.I.):  POLICY NO.:
- BAC 997

HOSPITAL (TAKEN TO):
- INCIDENT RESPONDER ☐ Y ☒ N
- OWNER STREET, CITY, STATE, ZIP:  PHONE NUMBER:

### PASSENGERS & WITNESSES ONLY

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (EPTH) | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|--------|--------|-------|-------|--------|-------|-------|--------|--------|--------------------------|--------|-------|
| W | | 07/24/1987 | M | | | | | | MILLER, ZACHARY T / 309 ANDREA DR MANHATTAN, IL 60442 / (708)567-9419 | | |

996 / U1
# OCCS 1
1

### UNIT 1 events

| (EVNO) | (MOST) | (EVNT) | (LOC) |
|--------|--------|--------|-------|
| 1 | ☑ | 12 | 1 |
| 2 | ☐ | | |
| 3 | ☐ | | |

DAMAGED PROPERTY OWNER NAME:
POLICE NOTIFIED: **10/20/2025** TIME **05:36** ☐ AM ☒ PM
Did crash occur in a Work Zone? ☐ Y ☒ N

PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP:
PRIMARY: **02**  SECONDARY: **28**
EMS NOTIFIED: **10/20/2025** TIME **05:35** ☐ AM ☒ PM
If YES check one below: ☐ Construction

☐ CITATIONS ISSUED ☐ PENDING  SECTION  CITATION NO.
EMS ARRIVED: **10/20/2025** TIME **05:42** ☐ AM ☒ PM
☐ Maintenance

ARREST NAME:

### UNIT 2 events

| | (MOST) | | |
|--|--------|--|--|
| 1 | ☐ | | |
| 2 | ☐ | | |
| 3 | ☐ | | |

☐ CITATIONS ISSUED ☐ PENDING  SECTION  CITATION NO.
ROAD CLEARANCE: **10/20/2025** TIME **10:30** ☐ AM ☒ PM
☐ Utility
☐ Unknown work zone type

OFFICER ID.: **718**  SIGNATURE: _#718_
BEAT / DIST.:  SUPERVISOR ID.: **Bryan Diaz, 719**
COURT DATE:  TIME ☐ AM ☐ PM
Workers present? ☐ Y ☒ N

DIRP 5 / U1
5 / U2
SLMT 20 / U1
20 / U2

Exhibit 3

X003998795

A **Diagram** and **Narrative** are all required on **Type B** crashes, **even if** units have been moved prior to the officer's arrival.

## LARGE TRUCK, BUS, OR HM VEHICLE

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination): or
2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus): or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car): or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose): or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT  **1**

CARRIER NAME  **EVENS DELIVERY CO INC**

ADDRESS  **1112 ROUTE 41 SUITE 103**

CITY/STATE/ZIP  **SCHERERVILLE / IN / 46375**

MOTOR CARR. ID  ☒ Interstate     ☐ Intrastate
☐ Not In Comm./Govt.     ☐ Not In Comm./Other

USDOT NO.  **38111**     ILLCC NO.  **183875**

Source of above
☐ Side of Truck     ☐ Papers     ☐ Driver     ☐ Log Book

GVWR/GCWR
☐ <10,000     ☐ 10,000 - 26,000     ☐ >26,000

Were HAZMAT placards on vehicle?  ☐ Yes     ☒ No

If yes, name on placard _____

4 digit UN NO. _____     1 digit Hazard Class NO. _____

Did HAZMAT Spill from vehicle (do NOT consider FUEL from vehicle's own tank)?     ☐ Yes     ☒ No     ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash?     ☐ Yes     ☒ No     ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?     ☐ Yes     ☐ No     ☒ Unknown

Was a Driver/Vehicle Examination Report form completed?

HAZMAT  ☐ Yes  ☐ No  ☒ Unknown     Out of Service  ☐ Yes  ☐ No

MCS  ☐ Yes  ☐ No  ☐ Unknown     Out of Service  ☐ Yes  ☐ No

Form Number _____

IDOT PERMIT NO. _____     WIDELOAD?  ☐ Y  ☒ N

TRAILER VIN 1 _____

TRAILER VIN 2 _____

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S)  1 _____ ft     2 _____ ft

TOTAL VEHICLE LENGTH _____ ft     NO. OF AXLES _____

SELECT CODES FROM BACK OF CRASH BOOKLET

VEHICLE CONFIG.  **06**     CARGO BODY TYPE  **03**     LOAD TYPE _____

**NARRATIVE** (refer to vehicle by unit #)

On October 20, 2025, at approximately 5:35 PM, I, Officer Bernardy #718, was dispatched to the intersection of W. North Street and S. State Street for a report of a traffic crash involving a semi-truck and trailer that struck a juvenile on a bicycle. Laraway Communications Center (LCC) advised that the juvenile was unresponsive and had been dragged approximately 20 feet.

Upon arrival, I observed a juvenile lodged beneath the fourth axle on the passenger side of the trailer. Witnesses on scene reported that the semi-truck was traveling southbound on W. North Street and made a left turn onto E. North Street when the vehicle struck the juvenile on his bike, dragging him and the bike down the roadway before coming to a stop.

The juvenile was pronounced deceased at the scene. The investigation was turned over to the Illinois State Police Crash Reconstruction Unit.

**LOCAL USE ONLY**

41.42473
-87.98753

U1 Race: **W**          U2 Race: **W**

| U1 COLOR | **RED** | | U2 COLOR | | U1 Drug 1 | **997** | U1 Drug 2 | | U2 Drug 1 | **000** | U2 Drug 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|

U1 TOWED DUE TO  ☐ DISABLING DAMAGE  ☒ NOT DISABLING DAMAGE  | DAMAGE EXTENT: **1**  | U1  TOWED  BY / TO : / **25800 SUNSET DR.**

U2 TOWED DUE TO  ☐ DISABLING DAMAGE  ☐ NOT DISABLING DAMAGE  | DAMAGE EXTENT:  | U2  TOWED  BY / TO :

Exhibit 3

The semi-truck and trailer were towed from the scene by Wes Kochel's Towing and are being held pending further investigation.

The driver of Unit 1 did not provide a statement at the scene and was transported to Silver Cross Hospital for medical evaluation and treatment.

Exhibit 3