

Buy  Sell  Rent  Agents  Explore  News



Sign In     Advertise



NOT LISTED FOR SALE

    ⋮

## 24952 Cashel Bay Rd

Manhattan, IL 60442
Estimated Value:
**$359,373 – $386,000**

**$359,373 – $386,000**

24952 Cashel Bay Rd

Manhattan, IL 60442

See Similar Homes for Sale

**3** Beds **2** Baths **2,056** Sq Ft **$183/Sq Ft** Est. Value

## About This Home

This home is located at 24952 Cashel Bay Rd, Manhattan, IL 60442 and is currently estimated at $376,843, approximately $183 per square foot. 24952 Cashel Bay Rd is a home located in Will County with nearby schools including Wilson Creek Elementary School, Anna McDonald Elementary School, and Manhattan Junior High School.

Exhibit 4



Buy  Sell  Rent  Agents  Explore  News

 Homes.com

Advertise



| Date | Name | Owned For | Owner Type |
|------|------|-----------|------------|
| Dec 2006 – Present | Hunnicutt Ian and Hunnicutt Taryn | 19 Years and 2 Months | Private Individual ⌄ |
| Jan 1997 – Dec 2006 | Depaula Osvaldo and Depaula Cheryl | 9 Years and 11 Months | Private Individual ⌄ |

Source: Public Records

## Estimated Property Value

Range of Values: **$359,373 – $386,000**

Based on December 2025 values

| **$94,009** | **33.2%** | **$48,961** |
|---|---|---|
| Value Increase | Percent Increase | Adjusted for Inflation |

| 1 Year | 5 Year | 10 Year |
|--------|--------|---------|

| Collateral Analytics | $381,000 |
|---|---|
| ICE | $386,000 |
| First American | $381,000 |
| Quantarium | $359,373 |
| **Average Value** | **$376,843** |

## Create a Home Valuation Report for This Property

The Home Valuation Report is an in-depth analysis

Exhibit 4


Buy  Sell  Rent  Agents  Explore  News
 Homes.com
Advertise

home's value as well as a comparison with similar homes in the area

Create the Home Valuation Report for This Property

## Purchase History

| Date | Buyer | Sale Price | Title Company |
| --- | --- | --- | --- |
| Dec '06 | Hun... | $260,000 | Ctm... |
| Jan '97 | Dep... | $224,666 | |

Source: Public Records

## Mortgage History

Exhibit 4

 Buy Sel Rent Agents Explore News  **Homes.com** Advertise

| Date | Status | Borrower | Loan Amount |
|---|---|---|---|
| Dec '06 | Open | Hunnicutt Ian | $234,000 |
| Jan '97 | Previous Owner | Depaula Osvaldo | $141,000 |

Source: Public Records

## Tax History

| Year | Tax Paid | Tax Assessment | Land | Improvement |
|---|---|---|---|---|
| 2024 | $9,800 | $206,500 | $21,000 | $85,500 |
| 2023 | $9,800 | $96,000 | $19,000 | $77,000 |
| 2022 | $8,430 | $88,100 | $14,450 | $73,650 |
| 2021 | $8,124 | $95,400 | $14,400 | $81,000 |
| 2020 | $8,840 | $91,600 | $14,400 | $77,200 |

Source: Public Records    **See All**



Exhibit 4

Case: 1:26-cv-01567 Document #: 1-5 Filed: 02/11/26 Page 5 of 8 PageID #:39



Buy  Sell  Rent  Agents  Explore  News

Homes.com

Advertise



Exhibit 4

Case: 1:26-cv-01567 Document #: 1-5 Filed: 02/11/26 Page 6 of 8 PageID #:40

Buy   Sell   Rent   Agents   Explore   News



# Homes.com

Advertise

## Map

Exhibit 4

Case: 1:26-cv-01567 Document #: 1-5 Filed: 02/11/26 Page 7 of 8 PageID #:41

 Buy  Sell  Rent  Agents  Explore  News   Homes.com  Advertise



**Illinois** > **Will County** >
**Manhattan** > **60442** >
**24952 Cashel Bay Rd, Manhattan, IL**

Not Listed for Sale

**Disclaimer:** Certain information contained herein is derived from information provided by parties other than Homes.com. All information

Exhibit 4

Case: 1:26-cv-01567 Document #: 1-5 Filed: 02/11/26 Page 8 of 8 PageID #:42

 Buy  Sell  Rent  Agents  Explore  News    Advertise

accurate and should be independently verified.

## NEARBY HOMES

**Homes for Sale**    Sold Homes

| | | | | |
|---|---|---|---|---|
| 24946 Cashel B... | 0000 Waterfo... | 15721 W Waterf... | 24751 Rosewoo... | 15238 Kenmare... |
| 25447 Colligan ... | 15101 W Quincy... | 15020 Quincy Cir | 25426 Barrow ... | 24754 S Mccor... |
| 115 Elwood Rd | Lot2 S Arabian ... | 25644 Barrow ... | 15826 Chippew... | 16256 W Pinto Ln |
| 0000 Highway... | 00 S State St | 435 S State St | 16353 Celtic Cir | Vacant Smith Rd |



 

Copyright © 2026 CoStar Group

| About Us | Advertise | Terms of Use | Builder Terms of Use | Privacy Notice | Equal Opportunity Housing |
|---|---|---|---|---|---|



Homes.com Licensing Information
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services,
Consumer protection notice
California DRE #01937601
Contact Homes.com Brokerage

Exhibit 4