**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IAN HUNNICUTT, as Independent Administrator of the Estate of Chance Hunnicutt, | ) ) ) | |
| | ) | Removed from the Circuit Court of |
| Plaintiffs, | ) | Cook County, Illinois County |
| v. | ) | Department, Law Division |
| | ) | |
| EVANS DELIVERY COMPANY, INC. and HELMI JUMA ALKHATIB, | ) ) | Case No. |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EVANS DELIVERY COMPANY INCORPORATED
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The defendant, EVANS DELIVERY COMPANY, INC., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1.     Evans Delivery Company, Inc. is a private company;

2.     Evans Delivery Company, Inc. is a Pennsylvania citizen as a corporation organized and existing under the laws of Pennsylvania;

3.     Evans Delivery Company, Inc. has its principal place of business at 100-11- West Columbia Street, Schuylkill Haven, Schuylkill, Pennsylvania 17972;

4.     Evans Delivery Company, Inc. does not have a parent company; and

5.     No corporation owns greater than 10% of Evans Delivery Company, Inc., stock.

Respectfully submitted,

THE HUNT LAW GROUP, LLC.

*/s/ Thomas A. Doggett*


Thomas A. Doggett (6299658)
THE HUNT LAW GROUP, LLC
Attorney for Defendants
70 West Madison Street, Suite 3050
Chicago, Illinois 60602
(312) 384-2300
tdoggett@hunt-lawgroup.com