**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Ian Hunnicutt, as Independent
Administrator of the Estate of Chance
Hunnicutt,

    Plaintiff,

v.

Evans Delivery Company et al.,

    Defendants.

Case No. 1:26-cv-01567

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ian

Hunnicutt, as Independent Administrator of the Estate of Chance Hunnicutt hereby

gives notice that this action is voluntarily dismissed.

No Defendant named in Plaintiff's complaint has served an answer or a

motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without

prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Date: February 12, 2026

Respectfully submitted,

<u>/s/ Paul McMahon</u>
Paul McMahon
Romanucci & Blandin LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
312-458-1000
pmcmahon@rblaw.net

*Counsel for Plaintiff*